### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANPOLIS DIVISION

| | |
|---|---|
| KATHY MCCARTER f/k/a KATHY COFFMAN, | ) ) ) |
| Plaintiff, | ) Case No. 14-cv-1372-JMS-MJD |
| v. | ) ) Hon. Judge Jane Magnus-Stinson |
| CREDIT BUSINESS SERVICES, INC., | ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Kathy McCarter f/k/a Kathy Coffman, and Defendant, Credit Business Services, Inc., by and through their respective counsel hereby stipulate to dismiss the within complaint with prejudice, all matters in controversy having been resolved to the mutual satisfaction of the parties.

**KATHY MCCARTER**  
**f/k/a KATHY COFFMAN**

By /s/ David B. Leibowitz

David P. Leibowitz  
Illinois Attorney No. 1612271  
(Licensed in Southern District of Indiana)  
Allen Chern Law LLC  
79 W Monroe St, 5th Floor  
Chicago, IL 60603  
Phone: (877) 352-8292  
Fax: (866) 359-7478  
dleibowitz@uprightlaw.com

**CREDIT BUSINESS SERVICES, INC.**

By /s/ J. Richard Moore

J. Richard Moore (20634-49)  
Bleeke Dillon Crandall, P.C.  
8470 Allison Pointe Boulevard  
Suite 420  
Indianapolis, IN 46250-4365

## CERTIFICATE OF SERVICE

      I hereby certify that, on February 24, 2015, a copy of the foregoing Stipulation of Dismissal With Prejudice, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Leibowitz
Attorney for Plaintiff

David P. Leibowitz
Illinois Attorney No. 1612271
(Licensed in Southern District of Indiana)
Allen Chern Law LLC
79 W Monroe St, 5th Floor
Chicago, IL 60603
Phone: (877) 352-8292
Fax: (866) 359-7478
dleibowitz@uprightlaw.com