IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANPOLIS DIVISION

| | | |
|---|---|---|
| KATHY MCCARTER f/k/a KATHY COFFMAN, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 14-cv-1372-JMS-MJD |
| v. | ) ) | Hon. Judge Jane Magnus-Stinson |
| CREDIT BUSINESS SERVICES, INC., | ) ) ) | Dismissal acknowledged. JMS, DJ 3-4-2015 |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Kathy McCarter f/k/a Kathy Coffman, and Defendant, Credit Business Services, Inc., by and through their respective counsel hereby stipulate to dismiss the within complaint with prejudice, all matters in controversy having been resolved to the mutual satisfaction of the parties.

| | |
|---|---|
| **KATHY MCCARTER** **f/k/a KATHY COFFMAN** | **CREDIT BUSINESS SERVICES, INC.** |
| By /s/ David B. Leibowitz | By /s/ J. Richard Moore |
| David P. Leibowitz<br>Illinois Attorney No. 1612271<br>(Licensed in Southern District of Indiana)<br>Allen Chern Law LLC<br>79 W Monroe St, 5th Floor<br>Chicago, IL 60603<br>Phone: (877) 352-8292<br>Fax: (866) 359-7478<br>dleibowitz@uprightlaw.com | J. Richard Moore (20634-49)<br>Bleeke Dillon Crandall, P.C.<br>8470 Allison Pointe Boulevard<br>Suite 420<br>Indianapolis, IN 46250-4365 |